**Criminal Case Cover Sheet**           **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA    **Category No.** II    **Investigating Agency** FBI

**City** Waltham

**County** MA

**Related Case Information:**
- Superseding Ind./ Inf.: ___  Case No.: ___
- Same Defendant: ___  New Defendant: ___
- Magistrate Judge Case Number: ___
- Search Warrant Case Number: ___
- R 20/R 40 from District of: ___

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ___    ☐ Yes    ☐ No

**Defendant Information:**

Defendant Name: Raytheon Company    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☐ No

Alias Name: ___

Address: 1100 Wilson Blvd. Arlington, Virginia 22209

Birth date (Yr only): ___  SSN (last 4#): ___  Sex: ___  Race: ___  Nationality: ___

**Defense Counsel if known:** Thomas Hanusik    **Address:** Crowell & Moring LLP

**Bar Number:** ___  202-624-2530

**U.S. Attorney Information**

AUSA: Benjamin A. Saltzman    Bar Number if applicable: 683169

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: ___

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** ___

**Arrest Date:** DPA

☐ Already in Federal Custody as of ___ in ___.
☐ Already in State Custody at ___ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ___ on ___

**Charging Document:** ☐ Complaint ☑ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ___ ☐ Misdemeanor ___ ☑ Felony II

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/16/2024    Signature of AUSA: _[signature]_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant** _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1031(a)(1) | Major Fraud Against the United States | I |
| Set 2 | 18 USC 1031(a)(1) | Major Fraud Against the United States | II |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**