ATTACHMENT F

**COMPLIANCE CERTIFICATION**

To:    United States Department of Justice
        Criminal Division, Fraud Section
        Attention:  Chief of the Fraud Section

        United States Attorney's Office
        District of Massachusetts
        Attention:  United States Attorney for the District of Massachusetts

Re:    Deferred Prosecution Agreement Certification

The undersigned certify, pursuant to Paragraph 12 of the Deferred Prosecution Agreement filed on [DATE], in the United States District Court for the District of Massachusetts, by and between the United States of America and Raytheon Company (the "Company") (the "Agreement"), that the undersigned are aware of the Company's compliance obligations under Paragraphs 12 and 13 of the Agreement, and that, based on the undersigned's review and understanding of the Company's anti-fraud and Truthful Cost or Pricing Data Act, formerly known as the Truth in Negotiations Act ("TINA"), 10 U.S.C. §§ 3701-3708; 41 U.S.C. §§ 3501-3508 compliance program, the Company has implemented an anti-fraud and Truthful Cost or Pricing Data Act, formerly known as TINA, 10 U.S.C. §§ 3701-3708; 41 U.S.C. §§ 3501-3508 compliance program that meets the requirements set forth in Attachment C to the Agreement.  The undersigned certifies that such compliance program is reasonably designed to detect and prevent violations of U.S. anti-fraud laws and the Truthful Cost or Pricing Data Act, formerly known as TINA, 10 U.S.C. §§ 3701-3708; 41 U.S.C. §§ 3501-3508 throughout the Company's operations.

The undersigned hereby certify that they are respectively the President of the Company and the Chief Compliance Officer of the Company and the Chief Executive Officer and Chief Compliance Officer of RTX and that each has been duly authorized by the Company and RTX,

respectively, to sign this Certification on behalf of the Company and RTX.

This Certification shall constitute a material statement and representation by the undersigned and by, on behalf of, and for the benefit of, the Company and RTX to the executive branch of the United States for purposes of 18 U.S.C. § 1001, and such material statement and representation shall be deemed to have been made in the District of Massachusetts. This Certification shall also constitute a record, document, or tangible object in connection with a matter within the jurisdiction of a department and agency of the United States for purposes of 18 U.S.C. § 1519, and such record, document, or tangible object shall be deemed to have been made in the District of Massachusetts.

Date: _____   Name (Printed): _____

Name (Signed): _____
President
Raytheon Company

Date: _____   Name (Printed): _____

Name (Signed): _____
Chief Compliance Officer
Raytheon Company

Date: _____   Name (Printed): _____

Name (Signed): _____
Chief Executive Officer
RTX

Date: _____   Name (Printed): _____

Name (Signed): _____
Chief Compliance Officer
RTX